# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21mj-218 |
| v. | **NOTICE OF APPEARANCE** |
| CORY KONOLD, | |
| Defendant. | |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: February 26, 2021

                                                    Respectfully submitted,

                                                    _____

                                                    Joseph R. Conte, Bar #366827
                                                    Counsel for Cory Konold
                                                    Law Office of J.R. Conte
                                                    400 Seventh St., N.W., #206
                                                    Washington, D.C. 20004
                                                    Phone:202.638.4100
                                                    Fax:        202.628.0249
                                                    E-mail:    dcgunlaw@gmail.com

| | | |
|---|---|---|
| *United States v. Konold*<br>Case #1:21mj218<br>Page No. 1<br><br>APPEARANCE 21/02/26 13:57:07 | | Joseph R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone: 202.638.4100<br>Email: dcgunlaw@gmail.com |